# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151500

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LOREN EUGENE SLOUGH, II,
     Defendant-Appellant.

SC: 151500
COA: 322664
Ingham CC: 08-000288-FC

_____/

     On order of the Court, the application for leave to appeal the November 7, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016

Clerk

d0229